*A Legal Tradition Since 1942*

# KIRSCHENBAUM & KIRSCHENBAUM, P.C.

ATTORNEYS AT LAW
200 GARDEN CITY PLAZA
GARDEN CITY, NY 11530
(516) 747-6700

www.KirschenbaumEsq.com

KENNETH KIRSCHENBAUM**
JENNIFER A. KIRSCHENBAUM
STEVEN B. SHEINWALD
STACY SPECTOR
CAROLINE P. WALLITT
GENE W. ROSEN***

ERICA S. YOUNGERMAN***
MICHAEL A. SABELLA***
NATALIE M. CAMPO
SVETLANA MINEVICH***
NICOLETTA LAKATOS ◊
JESSE S. KIRSCHENBAUM***
ANISH MASHETTIWAR

SAMUEL KIRSCHENBAUM
1920-2013

**Of Counsel**
DENNIS M. STERN*

ADMITTED
* CT
** NY & FL
*** NY & NJ
◊ NY & ONTARIO, CAN

Writer's Direct Ext: 329
Msabella@KirschenbaumEsq.com

May 12, 2015

Chambers of the Honorable Alan S. Trust
Courtroom 960
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re:   Frank D. Ciminelli,
      Bankruptcy Case No. 09-73715-ast

Dear Judge Trust:

    This office represents Kenneth Kirschenbaum, the Chapter 7 Bankruptcy Trustee for the estate of Frank D. Ciminelli. This letter shall serve to inform the Court of the status of the pending bankruptcy case. The Trustee is presently administering prepetition litigation on behalf of the estate that he believes shall result in a benefit for creditors. In the event that you have any questions or concerns, kindly contact the undersigned.

Very truly yours,

/s/ Michael A. Sabella

Michael A. Sabella, Esq.